**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | CNC Puma Corporation |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | The Bank Plates & Pours   The Bank of Mexican Food |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 0 – 8 4 3 4 8 1 0 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 28645 Old Town Front St<br>Number      Street | Number      Street |
| | P.O. Box |
| Temecula, CA 92590-2703<br>City              State   ZIP Code | City              State   ZIP Code |
| Riverside<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number      Street<br><br>City              State   ZIP Code |

| | |
|---|---|
| 5. Debtor's website (URL) | www.thebankoldtown.com |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   CNC Puma Corporation _____    Case number (if known) _____
          Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .
   7  2  2  5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District Central District of California   When 3/12/2020   6:20-bk-
                                                  MM / DD / YYYY  Case number 12069-WJ

District _____   When _____   Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                           MM / DD / YYYY

Case number, if known _____

| Debtor | CNC Puma Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number     Street

_____

City                              State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
| ☐ 100-199 ☐ 200-999 | | ☐ 10,001-25,000 | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | CNC Puma Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 19 / 2020
           MM / DD / YYYY

X _____    Ryan Parent
Signature of authorized representative of debtor    Printed name

Title _____ Chief Financial Officer/Secretary _____

**18. Signature of attorney**

X _____    Date  11 / 19 / 2020
Signature of attorney for debtor    MM/ DD/ YYYY

J. Luke Hendrix
Printed name

Law Offices of J. Luke Hendrix
Firm name

28693 Old Town Front St Suite 400-D
Number      Street

Temecula    CA    92590
City    State    ZIP Code

(951) 221-3721    luke@jlhlawoffices.com
Contact phone    Email address

271424    CA
Bar number    State

| Form **1120-S** | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0123 |
|---|---|---|

ᐁ **Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.**

Department of the Treasury
Internal Revenue Service

ᐊ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2019**

For calendar year 2019 or tax year beginning _____, 2019, ending _____, 20____

| **A** S election effective date 02/06/2007 | **TYPE OR PRINT** | Name CNC PUMA CORPORATION | **D** Employer identification number 20-8434810 |
|---|---|---|---|
| **B** Business activity code number (see instructions) 722511 | | Number, street, and room or suite no. If a P.O. box, see instructions. 28645 OLD TOWN FRONT STREET | **E** Date incorporated 02/06/2007 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code TEMECULA CA 92590 | **F** Total assets (see instructions) $ 753,748. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . ᐊ  2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | | **1a** 2,026,913. | |
| | **b** Returns and allowances | | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . | | **1c** | 2,026,913. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . | | **2** | 742,378. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . | | **3** | 1,284,535. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement) . . . . . . . | | **5** | 1,108. |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . ᐊ | | **6** | 1,285,643. |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) . . . . . | | **7** | 119,480. |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . | | **8** | 579,563. |
| | **9** Repairs and maintenance . . . . . . . . . . **10** . . . . . | | **9** | 26,711. |
| | Bad debts . . . . . . . . . . . . . . . . . **11** . | | **10** | |
| | Rents . . . . . . . . . . . . . . . . . . . | | **11** | 123,600. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . | | **12** | 123,585. |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . | | **13** | 85,092. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 2,754. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . | | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . | | **16** | 21,720. |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . | | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . | | **18** | |
| | **19** Other deductions (attach statement) . . . . . See Statement . . . | | **19** | 226,687. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . ᐊ | | **20** | 1,309,192. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . | | **21** | -23,549. |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . | | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . | **23c** | | |
| | **d** Reserved for future use . . . . . . . . . . | **23d** | | |
| | **e** Add lines 23a through 23d . . . . . . . . . . . . . . ᐊ | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . ᐊ ☐ | | **24** | |
| | **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2020 estimated tax** ᐊ _____   **Refunded** ᐊ | | **27** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions.  ☐ Yes  ☐ No |
|---|---|---|---|
| | ᐅ _____ Signature of officer | Date _____   Title ᐅ OWNER | |

| **Paid** | Print/Type preparer's name _____ | Preparer's signature _____ | Date _____ | Check ☐ if | PTIN _____ |
|---|---|---|---|---|---|

| **Preparer** | MICHAEL E. GREENBERG CPA | | self-employed | P00200027 |
| --- | --- | --- | --- | --- |
| **Use Only** | Firm's name ▸ MICHAEL E. GREENBERG CPA, INC. | | Firm's EIN ▸ 46-4574678 | |
| | Firm's address ▸ 43015 BLACKDEER LOOP #102 TEMECULA CA 92590 | | Phone no. (951) 235-6255 | |

**For Paperwork Reduction Act Notice, see separate instructions.** BAA          REV 02/25/20 PRO  Form **1120-S** (2019)

Form 1120-S (2019)

Page **2**

## Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  **a** ☒ Cash   **b** ☐ Accrual | | |
| | **c** ☐ Other (specify) ▸ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity ▸ RESTAURANT      **b** Product or service ▸ FOOD & BEVERAGES | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation  .  . | | ↘ |
| 4 | At the end of the tax year, did the  corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  .  . | | ↘ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  .  .  .  .  .  .  . | | ↘ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock?  .  .  .  .  .  . | | ↘ |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of restricted stock  .  .  .  .  .  .  .  .  .  . ▸ | | |
| | (ii)  Total shares of non-restricted stock  .  .  .  .  .  .  .  . ▸ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or  similar instruments?  . | | ↘ |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of stock outstanding at the end of the tax year  .  . ▸ | | |
| | (ii)  Total shares of stock outstanding if all instruments were executed ▸ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement,  to provide information on any reportable transaction? | | ↘ |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount .  .  .  . ▸ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions .  .  .  .  . ▸ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | ↘ |
| 10 | Does the corporation satisfy one or more of the following?  See instructions  .  .  .  .  .  .  .  .  .  .  .  . | | ↘ |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest  expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest  expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form  8990. | | |
| 11 | Does the corporation satisfy **both** of the  following conditions?  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | ↘ |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than  $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and  M-1. | | |

Form **1120-S** (2019)

Form 1120-S (2019)              Page **3**

| Schedule B | **Other Information** (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . | | ⌐ |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . ᵃ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | ⌐ |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . . | | ⌐ |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . . | | ⌐ |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | ⌐ |
| | If "Yes," enter the amount from Form 8996, line 14 . . . . . . . . . . . . ᵃ $ | | |

| Schedule K | | **Shareholders' Pro Rata Share Items** | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . | 1 | | −23,549. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | 2 | | |
| | 3a | Other gross rental income (loss) . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . | 3c | | |
| | 4 | Interest income . . . . . . . . . . . . . . . | 4 | | 1. |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . | 5a | | |
| | |       **b** Qualified dividends . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . | 7 | | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . | 8a | | |
| | b | Collectibles (28%) gain (loss) . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . | 9 | | |
| | 10 | Other income (loss) (see instructions) . . . Type ᵃ | 10 | | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . | 11 | | |
| | 12a | Charitable contributions . . . . . . . . . . | 12a | | |
| | b | Investment interest expense . . . . . . . . . . | 12b | | |
| | c | Section 59(e)(2) expenditures **(1)** Type ᵃ _____ **(2)** Amount ᵃ | 12c(2) | | |
| | d | Other deductions (see instructions) . . . . Type ᵃ | 12d | | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . | 13a | | |
| | b | Low-income housing credit (other) . . . . . . . . . | 13b | | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | | |
| | d | Other rental real estate credits (see instructions) Type ᵃ _____ | 13d | | |
| | e | Other rental credits (see instructions) . . . Type ᵃ _____ | 13e | | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . | 13f | | |
| | g | Other credits (see instructions) . . . . Type ᵃ | 13g | | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ᵃ _____ | | | |
| | b | Gross income from all sources . . . . . . . . . . | 14b | | |
| | c | Gross income sourced at shareholder level . . . . . . | 14c | | |
| | | Foreign gross income sourced at corporate level | | | |
| | d | Reserved for future use . . . . . . . . . . . | 14d | | |
| | e | Foreign branch category . . . . . . . . . . | 14e | | |
| | f | Passive category . . . . . . . . . . . . . | 14f | | |
| | g | General category . . . . . . . . . . . . . | 14g | | |
| | h | Other (attach statement) . . . . . . . . . . | 14h | | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | i | Interest expense . . . . . . . . . . . . . | 14i | | |
| | j | Other . . . . . . . . . . . . . . . . . | 14j | | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | k | Reserved for future use . . . . . . . . . . . | 14k | | |
| | l | Foreign branch category . . . . . . . . . . | 14l | | |
| | m | Passive category . . . . . . . . . . . . . | 14m | | |
| | n | General category . . . . . . . . . . . . . | 14n | | |
| | o | Other (attach statement) . . . . . . . . . . | 14o | | |
| | | Other information | | | |
| | p | Total foreign taxes (check one):   Paid    Accrued . . . . ᵃ | 14p | | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . | 14q | | |
| | r | Other foreign tax information (attach statement) | | | |

Form 1120-S (2019)

REV 02/25/20 PRO

Form **1120-S** (2019)

Form 1120-S (2019)                                                                                                    Page **5**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | 0. |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) . . . . . . . . . . . . . . **d** | **15c** | |
| | Oil, gas, and geothermal properties—gross income . . . . . . . **e** | **15d** | |
| | Oil, gas, and geothermal properties—deductions . | **15e** | |
| | **f** Other AMT items (attach statement) . . . . . . . . | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses . . . . . . . . . . . . . . . . **d** | **16c** | 2,538. |
| | Distributions (attach statement if required) (see instructions) . . . **e** | **16d** | 17,222. |
| | Repayment of loans from shareholders . | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | 1. |
| | **b** Investment expenses . . . . . . . . . . . . . . . . . **c** | **17b** | |
| | Dividend distributions paid from accumulated earnings and profits . **d** | **17c** | 0. |
| | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Recon-ciliation** | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p . | **18** | -23,548. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| **1** | Cash | | 29,919. | | 34,028. |
| **2a** | Trade notes and accounts receivable . . | | | | |
| **b** | Less allowance for bad debts . . . . . **3** | ( ) | | ( ) | |
| | Inventories . . . . . . . . . . | | | | |
| **4** | U.S. government obligations . . . | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) Ln 6 St | | 224,827. | | 224,827. |
| **7** | Loans to shareholders . . . . . | | 140,342. | | 226,969. |
| **8** | Mortgage and real estate loans . . | | | | |
| **9** | Other investments (attach statement) . | | | | |
| **10a** | Buildings and other depreciable assets . . . | 368,148. | | 329,938. | |
| **b** | Less accumulated depreciation . . . . . **11a** | ( 244,221. ) | 123,927. | ( 198,065. ) | 131,873. |
| | Depletable assets . . . . | | | | |
| **b** | Less accumulated depletion . . | ( ) | | ( ) | |
| **12** | Land (net of any amortization) . . . . | | | | |
| **13a** | Intangible assets (amortizable only) . . | 321,500. | | 321,500. | |
| **b** | Less accumulated amortization . . . | ( 261,885. ) | 59,615. | ( 281,218. ) | 40,282. |
| **14** | Other assets (attach statement) Ln 14 St . | | 19,520. | | 95,769. |
| **15** | Total assets . . . . . . . . . | | 598,150. | | 753,748. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . . . | | 48,445. | | 61,681. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) Ln 18 St | | 22,045. | | 87,148. |
| **19** | Loans from shareholders . . . . . | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 476,642. | | 597,209. |
| **21** | Other liabilities (attach statement) . . . | | | | |
| **22** | Capital stock . . . . . . . . . | | 100. | | 100. |
| **23** | Additional paid-in capital . . . . . . | | | | |
| **24** | Retained earnings . . . . . . . . | | 50,918. | | 7,610. |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock . . . . . | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity . . . | | 598,150. | | 753,748. |

REV 02/25/20 PRO                                                                                  Form **1120-S** (2019)

Form 1120-S (2019)                                                                                                Page **6**

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | -26,086. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) .............. | | a | Tax-exempt interest $ ..................... | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ ............................ | | a | Depreciation $ .............................. | |
| b | Travel and entertainment $     2,538. | | 7 | Add lines 5 and 6 . . . . . . . | |
| | | 2,538. | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 . . . . . . | -23,548. | | Subtract line 7 from line 4 . . . . | -23,548. |

## Schedule M-2    Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | 50,918. | 0. | 0. | 0. |
| 2 | Ordinary income from page 1, line 21 . . . | | | | |
| 3 | Other additions   INTEREST INCOME . . | 1. | | | |
| 4 | Loss from page 1, line 21 . . . . . . . | ( 23,549.) | | | |
| 5 | Other reductions MEALS AND ENTERTAINMENT. | ( 2,538.) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . | 24,832. | 0. | 0. | 0. |
| 7 | Distributions . . . . . . . . . . | 17,222. | 0. | 0. | 0. |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . | 7,610. | 0. | 0. | 0. |

REV 02/25/20 PRO                                                                        Form **1120-S** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

a **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
a **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| CNC PUMA CORPORATION | 20-8434810 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . | **1** | |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . | **2** | 634,028 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . | **4** | |
| 5 | Other costs (attach schedule) . . . See Statement . . . . . . . | **5** | 108,350 |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . | **6** | 742,378 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 742,378 |

**9a** Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) a .........................................................

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . a ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . a ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

□ Amended K-1    OMB No. 1545-0123

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning ___ / ___ / 2019    ending ___ / ___ /

## Shareholder's Share of Income, Deductions, Credits, etc.    ◄ See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
20-8434810

**B** Corporation's name, address, city, state, and ZIP code
CNC PUMA CORPORATION
THE BANK OF MEXICAN FOOD
28645 OLD TOWN FRONT STREET
TEMECULA CA 92590

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state, and ZIP code
CRAIG S. PUMA

41566 CORTE PERGAMINO
TEMECULA CA 92592

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . .    50.00000 %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss)  -11,774. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  0. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items  A  0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis  C  1,269.  D  8,611. |
| 12 | Other deductions | | |
| | | 17 | Other information  A  0.  V  *  STMT |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | □ More than one activity for passive activity purposes* | | |

□
* See attached statement for additional information.

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

*1.* **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

*2.* **Net rental real estate income (loss)**   See the Shareholder's Instructions

*3.* **Other net rental income (loss)**
| Net income | Schedule E, line 28, column (h) |
|---|---|
| Net loss | See the Shareholder's Instructions |

*4.* **Interest income**   Form 1040 or 1040-SR, line 2b

*5a.* **Ordinary dividends**   Form 1040 or 1040-SR, line 3b

*5b.* **Qualified dividends**   Form 1040 or 1040-SR, line 3a
*6.* **Royalties**   Schedule E, line 4
*7.* **Net short-term capital gain (loss)**   Schedule D, line 5
*8a.* **Net long-term capital gain (loss)**   Schedule D, line 12

*8b.* **Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)

*8c.* **Unrecaptured section 1250 gain**   See the Shareholder's Instructions
*9.* **Net section 1231 gain (loss)**   See the Shareholder's Instructions
*10.* **Other income (loss)**
*Code*

| A | Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| F | Section 965(a) inclusion | |
| G | Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| E | Reserved for future use | |
| H | Other income (loss) | |

*11.* **Section 179 deduction**   See the Shareholder's Instructions
*12.* **Other deductions**
| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |

| H | Investment interest expense | Form 4952, line 1 |
|---|---|---|
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Section 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P through R | | Reserved for future use |
| S | Other deductions | See the Shareholder's Instructions |

*13.* **Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |

See the Shareholder's Instructions

| | *Code* | | *Report on* |
|---|---|---|---|
| N | Credit for employer social security and Medicare taxes | | |
| O | Backup withholding | | See the Shareholder's Instructions |
| P | Other credits | | |

*14.* **Foreign transactions**
| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D | Reserved for future use | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

*Deductions allocated and apportioned at shareholder level*
| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| K | Reserved for future use | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | |
| N | General category | Form 1116, Part I |
| O | Other | |

*Other information*
| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

*15.* **Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

*16.* **Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

*17.* **Other information**
| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |

See the Shareholder's Instructions

Schedule 3 (Form 1040 or 1040-SR), line

G  Recapture of investment
   credit

   See Form 4255
H  Recapture of other
   credits

   See the Shareholder's
   Instructions
I  Look-back  interest—
   completed
   long-term
contracts
   See Form 8697
J  Look-back  interest—
   income
   forecast
method
   See Form 8866
K  Dispositions of property with section 179 deductions

H  Undistributed capital gains credit

I  Biofuel producer credit
J  Work opportunity credit
K  Disabled access credit
L  Empowerment zone employment  credit
M  Credit for increasing research
   activities

13, box a

See the Shareholder's
Instructions

L  Recapture of section 179 deduction
M  through U
V  Section 199A  information
W  through Z
AA  Excess taxable income
AB  Excess business interest income
AC  Other information

See the Shareholder's Instructions

Reserved for future use

See the Shareholder's Instructions

**Statement A-QBI Pass-through Entity Reporting**                                                    Page 1

| Corporation's name: CNC PUMA CORPORATION | | | Corporation's EIN: 20-8434810 | |
|---|---|---|---|---|
| Shareholder's name: CRAIG S. PUMA | | | Shareholder's identifying no: | |
| | | | | |
| | | 1120S, Line 21 | | |
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ▬ PTP<br>▬ Aggregated<br>▬ SSTB |
| Shareholder's share of: | | | | |
| QBI or qualified PTP items subjuect to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | -11,774. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . | | 349,521. | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . | | 71,268. | | |
| Section 199A dividends . . . . . | | | | |

**Statement A-QBI Pass-through Entity Reporting**

| Corporation's name: | | | Corporation's EIN: | |
|---|---|---|---|---|
| Shareholder's name: | | | Shareholder's identifying no: | |
| | | | | |
| | | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ▬ PTP<br>▬ Aggregated<br>▬ SSTB |
| Shareholder's share of: | | | | |
| QBI or qualified PTP items subjuect to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Section 199A dividends . . . . . | | | | |

REV 02/25/20 PRO

□ Amended K-1                    OMB No. 1545-0123

**Schedule K-1**
**(Form 1120-S)**
**2019**
Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning ____ / ____ / 2019    ending ____ / ____ /

## Shareholder's Share of Income, Deductions, Credits, etc.
α **See back of form and separate instructions.**

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
20-8434810

**B** Corporation's name, address, city, state, and ZIP code
CNC PUMA CORPORATION
THE BANK OF MEXICAN FOOD
28645 OLD TOWN FRONT STREET
TEMECULA CA 92590

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
CHRISTY A. PUMA

41566 CORTE PERGAMINO
TEMECULA CA 92592

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . .    50.00000 %

For IRS Use Only

---

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss)  -11,775. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  1. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A  0. | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C  1,269. | |
| 12 | Other deductions | D  8,611. | |
| | | 17 | Other information |
| | | A  1. | |
| | | V  *  STMT | |

18   More than one activity for at-risk purposes*
19 □ More than one activity for passive activity purposes*
□
\* See attached statement for additional information.

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. **Net rental real estate income (loss)** — See the Shareholder's Instructions
3. **Other net rental income (loss)**
   - Net income — Schedule E, line 28, column (h)
   - Net loss — See the Shareholder's Instructions
4. **Interest income** — Form 1040 or 1040-SR, line 2b

5a. **Ordinary dividends** — Form 1040 or 1040-SR, line 3b

5b. **Qualified dividends** — Form 1040 or 1040-SR, line 3a
6. **Royalties** — Schedule E, line 4
7. **Net short-term capital gain (loss)** — Schedule D, line 5
8a. **Net long-term capital gain (loss)** — Schedule D, line 12

8b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)

8c. **Unrecaptured section 1250 gain** — See the Shareholder's Instructions
9. **Net section 1231 gain (loss)** — See the Shareholder's Instructions
10. **Other income (loss)**

| Code | |
|---|---|
| A Other portfolio income (loss) | See the Shareholder's Instructions |
| B Involuntary conversions | See the Shareholder's Instructions |
| C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub. 535 |
| F Section 965(a) inclusion | |
| G Income under subpart F (other than inclusions under sections 951A and 965) | |
| E Reserved for future use | See the Shareholder's Instructions |
| H Other income (loss) | |

11. **Section 179 deduction** — See the Shareholder's Instructions
12. **Other deductions**

| A Cash contributions (60%) | |
|---|---|
| B Cash contributions (30%) | |
| C Noncash contributions (50%) | |
| D Noncash contributions (30%) | See the Shareholder's Instructions |
| E Capital gain property to a 50% organization (30%) | |
| F Capital gain property (20%) | |
| G Contributions (100%) | |
| H Investment interest expense | Form 4952, line 1 |
| I Deductions—royalty income | Schedule E, line 19 |
| J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K Section 965(c) deduction | See the Shareholder's Instructions |
| L Deductions—portfolio (other) | Schedule A, line 16 |
| M Preproductive period expenses | See the Shareholder's Instructions |
| N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O Reforestation expense deduction | See the Shareholder's Instructions |
| P through R | Reserved for future use |
| S Other deductions | See the Shareholder's Instructions |

13. **Credits**

| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|
| B Low-income housing credit (other) from pre-2008 buildings | |
| C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D Low-income housing credit (other) from post-2007 buildings | |
| E Qualified rehabilitation expenditures (rental real estate) | |
| F Other rental real estate credits | |
| G Other rental credits | See the Shareholder's Instructions |

| Code | Report on |
|---|---|
| N Credit for employer social security and Medicare taxes | |
| O Backup withholding | See the Shareholder's Instructions |
| P Other credits | |

14. **Foreign transactions**

| A Name of country or U.S. possession | |
|---|---|
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| D Reserved for future use | |
|---|---|
| E Foreign branch category | |
| F Passive category | Form 1116, Part I |
| G General category | |
| H Other | |

*Deductions allocated and apportioned at shareholder level*

| I Interest expense | Form 1116, Part I |
|---|---|
| J Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| K Reserved for future use | |
|---|---|
| L Foreign branch category | |
| M Passive category | Form 1116, Part I |
| N General category | |
| O Other | |

*Other information*

| P Total foreign taxes paid | Form 1116, Part II |
|---|---|
| Q Total foreign taxes accrued | Form 1116, Part II |
| R Reduction in taxes available for credit | Form 1116, line 12 |
| S Foreign trading gross receipts | Form 8873 |
| T Extraterritorial income exclusion | Form 8873 |
| U Section 965 information | See the Shareholder's Instructions |
| V Other foreign transactions | See the Shareholder's Instructions |

15. **Alternative minimum tax (AMT) items**

| A Post-1986 depreciation adjustment | |
|---|---|
| B Adjusted gain or loss | |
| C Depletion (other than oil & gas) | See the Shareholder's Instructions |
| D Oil, gas, & geothermal—gross income | and the Instructions for Form 6251 |
| E Oil, gas, & geothermal—deductions | |
| F Other AMT items | |

16. **Items affecting shareholder basis**

| A Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|
| B Other tax-exempt income | |
| C Nondeductible expenses | See the Shareholder's Instructions |
| D Distributions | |
| E Repayment of loans from shareholders | |

17. **Other information**

| A Investment income | Form 4952, line 4a |
|---|---|
| B Investment expenses | Form 4952, line 5 |
| C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D Basis of energy property | See the Shareholder's Instructions |
| E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F Recapture of low-income housing credit (other) | Form 8611, line 8 |

See the Shareholder's Instructions

Schedule 3 (Form 1040 or 1040-SR), line

G  Recapture of investment credit

See Form 4255

H  Recapture of other credits

See the Shareholder's Instructions

I  Look-back interest—completed long-term contracts

See Form 8697

J  Look-back interest—income forecast method

See Form 8866

K  Dispositions of property with section 179 deductions

H  Undistributed capital gains credit

I  Biofuel producer credit
J  Work opportunity credit
K  Disabled access credit
L  Empowerment zone employment credit
M  Credit for increasing research activities

13, box a

See the Shareholder's Instructions

L  Recapture of section 179 deduction
M  through U
V  Section 199A information
W  through Z
AA  Excess taxable income
AB  Excess business interest income
AC  Other information

See the Shareholder's Instructions

Reserved for future use

See the Shareholder's Instructions

REV 02/25/20 PRO

**Statement A–QBI Pass-through Entity Reporting**                                    Page 1

| Corporation's name: CNC PUMA CORPORATION | | Corporation's EIN: 20-8434810 | |
|---|---|---|---|
| Shareholder's name: CHRISTY A. PUMA | | Shareholder's identifying no: ▓▓▓▓▓▓ | |

| Shareholder's share of: | | 1120S, Line 21 ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ▬ PTP ▬ Aggregated ▬ SSTB |
|---|---|---|---|---|
| **QBI or qualified PTP items subjuect to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | −11,775. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . | | 349,522. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . | | 71,269. | | |
| **Section 199A dividends** . . . . . | | | | |

**Statement A–QBI Pass-through Entity Reporting**

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ▬ PTP ▬ Aggregated ▬ SSTB |
|---|---|---|---|---|
| **QBI or qualified PTP items subjuect to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Section 199A dividends** . . . . . | | | | |

REV 02/25/20 PRO

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

⊳ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
⊳ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| CNC PUMA CORPORATION | 20-8434810 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** CHRISTY PUMA | | 100% | 50% | % | 119,480. |
| CRAIG PUMA | | 85% | 50% | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . | **2** | 119,480. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 119,480. |

For Paperwork Reduction Act Notice, see separate instructions. **BAA**     REV 02/25/20 PRO     Form **1125-E** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
### (Including Information on Listed Property)
ᵃ Attach to your tax return.
ᵃ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| CNC PUMA CORPORATION | Form 1120S RESTAURANT | 20-8434810 |

**Part I**   **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ᵃ | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 0. |

**Part III**   **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | 17 | 2,720. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . ᵃ ☐ | | |

**Section B—Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | 11/19 | 10,700. | 39 yrs. | MM | S/L | 34. |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 0. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 2,754. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.   BAA

REV 02/25/20 PRO

Form **4562** (2019)

Form 4562 (2019)                                                                                                          Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No   **24b** If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| CATERING & DELIVERY TRUCK | 11/27/2016 | 100.00% | 55,324. | 0. | 5.00 | 200 DB-HY | 0. | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | 0. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | **29** | | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2019 tax year | | | | **43** | 19,333. |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 19,333. |

Form **8879-S**

### IRS *e-file* Signature Authorization for Form 1120-S

ᵃ ERO must obtain and retain completed Form 8879-S.
ᵃ Go to *www.irs.gov/Form8879S* for the latest information.

OMB No. 1545-0123

**2019**

Department of the Treasury
Internal Revenue Service | For calendar year 2019, or tax year beginning _____ , 2019, and ending _____ , 20 _____

| Name of corporation | Employer identification number |
|---|---|
| CNC PUMA CORPORATION | 20-8434810 |

**Part I** **Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . . . | 1 | 2,026,913. |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . . . . | | 1,284,535. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . . . . . . . . | 3 | -23,549. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . . . . . | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . . . . | 5 | -23,548. |

**Part II** **Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN [ ][ ][ ][ ][ ] as my signature
ERO firm name                                    Don't enter all zeros

on the corporation's 2019 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ᵃ _____ Date 3/18/2020_____ Title President_____

**Part III** **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.
▨▨▨▨▨▨ Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ᵃ _____ Date ᵃ _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions. | Cat. No. 37252K | Form **8879-S** (2019)

BAA                                    REV 02/25/20 PRO

Form 1120S                **199A Statement A Summary**                **2019**

QuickZoom to Other Copy  _____                                   Page 1

| Corporation's Name: CNC PUMA CORPORATION | Corporation's EIN: 20-8434810 |
|---|---|

|  | 1120S, Line 21<br>☐ PTP<br>☐ Aggregated<br>SSTB | ☐ PTP<br>☐ Aggregated<br>SSTB | ☐ PTP<br>☐ Aggregated<br>SSTB |
|---|---|---|---|

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) | −23,549. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Other deductions | | | |
| W-2 wages | 699,043. | | |
| UBIA of qualified property | 142,537. | | |

Section 199A dividends  ..............................

---

| Corporation's Name: _____ | Corporation's EIN: _____ |
|---|---|

|  | ☐ PTP<br>☐ Aggregated<br>SSTB | ☐ PTP<br>☐ Aggregated<br>SSTB | ☐ PTP<br>☐ Aggregated<br>SSTB |
|---|---|---|---|

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |

spsw9907.SCR  12/14/19

**Form 1120S**
**Schedule L**

Other Assets

**2019**

| Name | Employer ID Number |
|------|--------------------|
| CNC PUMA CORPORATION | 20-8434810 |

| Other Current Assets: | Beginning of tax year | End of tax year |
|-----------------------|----------------------|-----------------|
| LOAN TO WOOD N APPLES | 224,827. | 224,827. |
| Total to Form 1120S, Schedule L, line 6 ....................................► | 224,827. | 224,827. |

| Other Investments: | Beginning of tax year | End of tax year |
|--------------------|----------------------|-----------------|
| Total to Form 1120S, Schedule L, line 9 ....................................► | | |

| Other Assets: | Beginning of tax year | End of tax year |
|---------------|----------------------|-----------------|
| DEPOSITS | 19,520. | 33,870. |
| PREPAID INTEREST | 0. | 61,899. |
| Total to Form 1120S, Schedule L, line 14 ....................................► | 19,520. | 95,769. |

**Form 1120S**
**Schedule L**

Other Liabilities
and Adjustments to Shareholders' Equity

**2019**

| Name | Employer ID Number |
|---|---|
| CNC PUMA CORPORATION | 20-8434810 |

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| GIFT CARDS | 7,440. | 13,211. |
| SALES TAX PAYABLE | 14,605. | 73,937. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 18** ▶ | 22,045. | 87,148. |

| Other Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 21** ▶ | | |

| Adjustments to Shareholders' Equity: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 25** ▶ | | |

# 199A Worksheet by Activity

**2019**

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| CNC PUMA CORPORATION | 20-8434810 |

| Aggregation Code: ____ | Trade or Business: 1120S, Line 21 |
|---|---|
| | EIN: 20-8434810 |

| Check if activity is **NOT** a qualified trade/business .......... | ☐ |
|---|---|
| Specified Service Trade or Business? ........................... | ☐ Yes  ☒ No |

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| **1 a** Ordinary business income (loss) | 1 a | -23,549. | |
| **b** Adjustments | b | | |
| **c** Adjusted ordinary business income (loss) | | **1 c** | -23,549. |
| **2 a** Rental income (loss) | 2 a | | |
| **b** Adjustments | b | | |
| **c** Adjusted rental income (loss) | | **2 c** | |
| **3 a** Royalty income (loss) | 3 a | | |
| **b** Adjustments | b | | |
| **c** Adjusted royalty income (loss) | | **3 c** | |
| **4 a** Section 1231 gain (loss) | 4 a | | |
| **b** Adjustments | b | | |
| **c** Adjusted section 1231 gain (loss) | | **4 c** | |
| **5** Other income (loss) | | **5** | |
| **6 a** Section 179 deduction | 6 a | | |
| **b** Adjustments | b | | |
| **c** Adjusted section 179 deduction | | **6 c** | |
| **7** Charitable contributions | | **7** | |
| **8** Other deductions | | **8** | |
| **9 a** W-2 wages | 9 a | 699,043. | |
| **b** Adjustments | b | | |
| **c** Adjusted W-2 Wages | | **9 c** | |
| **10 a** UBIA of qualified property | 10 a | 142,537. | |
| **b** Adjustments | b | | |
| **c** Adjusted UBIA of qualified property | | **10 c** | |

spsw9906.SCR  02/13/20

## Additional information from your 2019 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**

**Other Income**

Continuation Statement

| Description | Amount |
|---|---|
| ATM FEE INCOME | 1,108. |
| **Total** | 1,108. |

**Form 1120S: S-Corporation Tax Return**

**Other Deductions**

Continuation Statement

| Description | Amount |
|---|---|
| AUTO AND TRUCK EXPENSE | 13,858. |
| BANK CHARGES | 5,359. |
| DUES & SUBSCRIPTIONS | 2,312. |
| INSURANCE | 25,843. |
| COMPUTER AND INTERNET | 3,351. |
| LEGAL AND PROFESSIONAL | 20,600. |
| OFFICE EXPENSE | 12,729. |
| POSTAGE & DELIVERY | 219. |
| CLIENT GIFTS | 1,498. |
| TELEPHONE | 7,706. |
| TRAVEL & TRADESHOWS | 14,751. |
| UNIFORMS | 8,017. |
| UTILITIES | 48,905. |
| WORKERS COMPENSATION INSURANCE | 17,308. |
| JANITORIAL SUPPLIES | 17,413. |
| PAYROLL PROCESSING | 4,946. |
| AMORTIZATION | 19,333. |
| MEALS (50%) | 2,539. |
| **Total** | 226,687. |

**Form 1125-A: Cost of Goods Sold**

**Other Costs Statement**

Continuation Statement

| Other Cost | Other Amount |
|---|---|
| RESTAURANT SUPPLIES | 33,122 |
| MERCHANT FEES | 50,515 |
| EQUIPMENT LEASES | 4,871 |
| OUTSIDE SERVICES | 19,842 |
| **Total** | 108,350 |

Voucher at bottom of page. ■

---

**DO NOT MAIL A PAPER COPY OF THE CORPORATE OR EXEMPT ORGANIZATION TAX RETURN WITH THE PAYMENT VOUCHER.**
**If the amount of payment is zero, do not mail this voucher.**

---

**WHERE TO FILE:**   Using black or blue ink, make check or money order payable to the "Franchise Tax Board." Write the corporation number , FEIN, CA SOS file number and "2019 FTB 3586" on the check or money order. Detach voucher below. Enclose, but **do not** staple, payment with voucher and mail to:

         **FRANCHISE TAX BOARD**
         **PO BOX 942857**
         **SACRAMENTO  CA 94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

---

**WHEN TO FILE:**    **Corporations – File and Pay by the 15th day of the 4th month following the close of the taxable year.**

**S corporations – File and Pay by the 15th day of the 3rd month following the close of the taxable year.**

**Exempt organizations – File and Pay by the 15th day of the 5th month following the close of the taxable year.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

---

**ONLINE SERVICES:**   Corporations can make payments online using Web Pay for Businesses. Corporations can make an immediate payment or schedule payments up to a year in advance. Go to **ftb.ca.gov/pay** for more information.

---

_ _ _ _ DETACH HERE_ _ _ _ _ _ _ _ _ _ _ _ _IF NO PAYMENT IS DUE, DO NOT MAIL THIS VOUCHER_ _ _ _ _ _ _ _ _ _ _ _ _DETACH HERE _ _ _ _ .
**CAUTION:** You may be required to pay electronically, see instructions.                                    REV 02/18/20 PRO

| TAXABLE YEAR | Payment Voucher  for Corporations | CALIFORNIA FORM |
|---|---|---|
| **2019** | **and Exempt Organizations e-filed Returns** | **3586 (e-file)** |

---

```
2967798        CNCP  20-8434810      000000000000       19       FORM   0

TYB  01-01-2019    TYE  12-31-2019
CNC PUMA CORPORATION
THE BANK OF MEXICAN FOOD
28645 OLD TOWN FRONT STREET
TEMECULA           CA   92590


                                    Amount of Payment        840.
```

051      6181196                              FTB 3586 2019

# United States Bankruptcy Court

## Central District of California

**In re CNC Puma Corporation, Debtor**                    Case No. _____

                                                         Chapter 11

    I, Ryan Parent, declare under penalty of perjury that I am the president of CNC Puma Corporation, and that the following is a true and correct copy of the resolutions adopted by the board of directors of said corporation at a special meeting duly called and held on the 18th day of November, 2020.

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved that Ryan Parent, Chief Financial Officer and Secretary of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of this corporation; and,

    Be It Further Resolved that Ryan Parent, Chief Financial Officer and Secretary of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and,

    Be It Further Resolved that Ryan Parent, Chief Financial Officer and Secretary of this corporation, is authorized and directed to employ J. Luke Hendrix, and the Law Offices of J. Luke Hendrix, to represent the corporation in such bankruptcy case.

Date: November _18_, 2020                    Signed: _____
                                                    Ryan Parent
                                                    Chief Financial Officer/Secretary
                                                    CNC Puma Corporation

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| J. Luke Hendrix<br>Bar Number: 271424<br>Law Offices of J. Luke Hendrix<br>28693 Old Town Front St Suite 400-D<br>Temecula, CA 92590<br>Phone: (951) 221-3721 | |
| ☑ *Attorney for:* CNC Puma Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>CNC Puma Corporation<br><br>Debtor(s). | CASE NO.: _____<br>ADVERSARY NO.: _____<br>CHAPTER: 11 |
|---|---|
| <br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO RBP 1007(A)(1)**<br>**AND 7007.1, AND LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____ J. Luke Hendrix _____ , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☑ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 11/19/2020

By: _____
Signature of Debtor, or Attorney for Debtor

Name: _____J. Luke Hendrix_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 1007-4.CORP.OWNERSHIP.STMT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:                                                    CHAPTER   **11**
**CNC Puma Corporation**

DEBTOR(S)                                                 CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Ryan Parent**<br>28645 Old Town Front St<br>Temecula, CA 92590 | | 40% | Stock |
| **Amanda Lane**<br>28645 Old Town Front St<br>Temecula, CA 92590 | | 40% | Stock |
| **Craig Puma**<br>Po Box 36, Lukeville, AZ 85341-0036 | | 10% | Stock |
| **Christie Puma**<br>36330 Tahoe St, Winchester, CA 92596-9298 | | 10% | Stock |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Chief Financial Officer/Secretary** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __11/19/2020__                Signature: _____
                                              Ryan Parent, Chief Financial Officer/Secretary

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Voluntary Chapter 11 Bankruptcy Petition Filed 3/12/2020. Case No. 6:20-bk-12069-WJ, Central District of California, Judge Wayne Johnson. Case Dismissed 4/22/2020.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ Temecula _____ , California

Date: __11/19/2020__

_____
Signature of Debtor

_____
Signature of Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CNC Puma Corporation |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | |

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express  Po Box 981537  El Paso, TX 79998 | | Credit Card | | | | $20,964.38 |
| 2 | American Express  Po Box 981537  El Paso, TX 79998 | | Credit Card | | | | $5,469.29 |
| 3 | BBVA USA  Po Box 10184  Birmingham, AL 35202 | | SBA Paycheck Protection Program Loan | | | | $172,832.00 |
| 4 | California Dept. of Tax and Fee Admin.  Po Box 942879  Sacramento, CA 94279-0001 | | Unpaid Sales Tax | | | | $46,394.33 |
| 5 | California Dept. of Tax and Fee Admin.  Po Box 942879  Sacramento, CA 94279-0001 | | Tax lien against substantially all of the Debtor's assets. | | $16,630.87 | $242,078.11 | $16,630.87 |
| 6 | CalPrivate Bank  9404 Genesee Avenue Ste 100  La Jolla, CA 92037 | | Guaranty of Business Loan for Wood'n Apples, LLC | | | | $64,061.00 |
| 7 | Chase  Po Box 15123  Wilmington, DE 19850-5123 | | Credit Card | | | | $14,697.50 |
| 8 | Cintas Corporation  Po Box 625737  Cincinnati, OH 45262-5737 | | Janitorial Supplies | | | | $3,666.28 |

| Debtor | CNC Puma Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Elan Financial Svc<br>Po Box 108<br>Saint Louis, MO 63166-0108 | | Credit Card | | | | $20,721.15 |
| 10  Globe Propane Inc.<br>5843 N Paramount Blvd<br>Long Beach, CA 90805-3775 | | Propane Service | | | | $1,200.00 |
| 11  Mikulvich, Jerome<br>40157 Balboa Dr<br>Temecula, CA 92591-7512 | | Website Services | Disputed | | | $5,000.00 |
| 12  Pacific Western Bank<br>27541 Ynez Road<br>Riverside, CA 92501 | | Overdrawn Bank Account | | | | $7,176.00 |
| 13  PayPal<br>2211 N 1st St<br>San Jose, CA 95131-2021 | | UCC Financing Statement against substantially all of Debtor's assets | Disputed | | | $71,860.18 |
| 14  PayPal<br>2211 N 1st St<br>San Jose, CA 95131-2021 | | UCC Statement against substantially all of Debtor's assets. | Disputed | $71,860.18 | $242,078.11 | $51,952.07 |
| 15  Robert Renzoni<br>37350 De Portola Rd<br>Temecula, CA 92592 | | Business Loan | | | | $10,000.00 |
| 16  Strategic Funding Source, Inc., dba Kapitus<br>1501 Broadway Ste 1515<br>New York, NY 10036-5505 | | UCC Statement against substantially all of Debtor's assets. | Disputed | $216,858.00 | $242,078.11 | $216,858.00 |
| 17  U.S. Bank, N.A.<br>Po Box 108<br>Saint Louis, MO 63166-0108 | | Credit Card | | | | $1,784.00 |
| 18  U.S. Small Business Association<br>10737 Gateway Blvd W Ste 300<br>El Paso, TX 79935-4910 | | UCC Statement against substantially all of Debtor's assets. | | $150,000.00 | $242,078.11 | $150,000.00 |
| 19  Wells Fargo, N.A.<br>Po Box 77033<br>Minneapolis, MN 55480 | | Credit Card | | | | $1,088.47 |
| 20  Youngs Market Company, LLC<br>14402 Franklin Ave<br>Tustin, CA 92780 | | Inventory Costs | | | | $25,861.30 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CNC Puma Corporation |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | Chapter ___11___ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................. | $250,128.11

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................... | $250,128.11

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $732,429.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | $46,394.33

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................... | + $356,058.45

4. **Total liabilities**...................................................................................................................................... | $1,134,882.01
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CNC Puma Corporation |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** | | | $10,976.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Wells Fargo | Checking account | 9172 | $46,683.71 |

   Additional Page Total - *See continuation page for additional entries* | | | $101,610.29

4. **Other cash equivalents** *(Identify all)*
   None

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $159,270.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 Zip Third Investments, LLC | $20,000.00 |
|---|---|

Debtor ___CNC Puma Corporation_____    Case number *(if known)* _____

    Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9. **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.          **$20,000.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ❑ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:     **$1,343.11**     –     **$0.00**     = …… →     **$1,343.11**

                          face amount                 doubtful or uncollectible accounts

    11b. Over 90 days old:     _____     –     _____     = …… →     _____

                          face amount                 doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$1,343.11**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ❑ Yes. Fill in the information below.

                                               **Valuation method used for current value**         **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                               % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

Debtor    __CNC Puma Corporation__ _____     Case number *(if known)* _____
          Name

None

17. **Total of Part 4**

   Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

## Part 5:   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. Raw materials

   None

20. Work in progress

   None

21. Finished goods, including goods held for resale

   None

22. Other inventory or supplies

   22.1 __Food and Paper/Plastic Materials__  _____ (Unknown) _____        $8,065.00
                                              MM / DD / YYYY

   **Additional Page Total** - *See continuation page for additional entries*                $19,500.00

23. **Total of Part 5**

   Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.            $27,565.00

24. Is any of the property listed in Part 5 perishable?
   ☐ No
   ☑ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
   ☑ No
   ☐ Yes

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor    __CNC Puma Corporation_____    Case number *(if known)* _____
      Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

28. **Crops — either planted or harvested**

    None

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

    None

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    None

31. **Farm and fishing supplies, chemicals, and feed**

    None

32. **Other farming and fishing-related property not already listed in Part 6**

    None

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                                    $0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

| Debtor | CNC Puma Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** Office furniture

None

**40.** Office fixtures

None

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| | | | |
|---|---|---|---|
| 41.1  Restaurant and Office Equipment/Furniture | (Unknown) | | $16,950.00 |

**42.** Collectibles *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43.** Total of Part 7

Add lines 39 through 42. Copy the total to line 86.                                                                                     $16,950.00

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1  2019 Lexus NX300 / Lease | (Unknown) | | $0.00 |

Debtor    __CNC Puma Corporation_____    Case number *(if known)* _____
          Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ❏ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ❏ Yes. Fill in the information below.

| **General description** <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** <br> (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ❏ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ❏ Yes

Debtor    CNC Puma Corporation _____    Case number *(if known)* _____
         Name

## Part 10:  Intangibles and Intellectual Property

59.  Does the debtor have any interests in intangibles or intellectual property?
     ☐ No. Go to Part 11.
     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61.  Internet domain names and websites** | | | |
| 61.1  www.thebankoldtown.com | (Unknown) | | (Unknown) |
| **62.  Licenses, franchises, and royalties** | | | |
| 62.1  Liquor License (#458363), Type 47-On-Sale, with Type 58 Catering Permit | (Unknown) | | $25,000.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $0.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| None | | | |
| **65.  Goodwill** | | | |
| 65.1  Goodwill | (Unknown) | | (Unknown) |

66.  Total of Part 10
     Add lines 60 through 65. Copy the total to line 89.                                          $25,000.00

67.  Do your lists or records include personally identifiable information of customers? (as defined in 11 U.S.C. §§ 101(41A) and 107)
     ☑ No
     ☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
     ☑ No
     ☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

Debtor   __CNC Puma Corporation_____      Case number *(if known)* _____
         Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    71.1 __Loan to Wood N Apples (defunct)__   $224,827.00  -  $224,827.00  = →   $0.00
                                               Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **None**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                            $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor      __CNC Puma Corporation_____      Case number *(if known)* _____
      Name

## Part 12:  Summary

| | Type of property | Current value of personal property | | Current value of real property | |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $159,270.00 | | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,000.00 | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,343.11 | | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $27,565.00 | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | | |
| 86. | **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $16,950.00 | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | | |
| 88. | **Real property.** *Copy line 56, Part 9* ............................................................ | | → | $0.00 | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | | |
| 91. | **Total.** Add lines 80 through 90 for each column...... 91a. | $250,128.11 | + 91b. | $0.00 | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................................ | | | | $250,128.11 |

Debtor    __CNC Puma Corporation_____    Case number *(if known)* _____

      Name

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 __Wells Fargo__ | **Checking account** | 9180 | $199.67 |
| 3.3 __Wells Fargo__ | **Checking account** | 9198 | $76,604.36 |
| 3.4 __BBVA__ | **Checking account** | 3080 | $24,806.26 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**62.** **Licenses, franchises, and royalties - *Continued***

| | | | |
|---|---|---|---|
| 62.2 __Business License (City of Temecula)__ | (Unknown) | | (Unknown) |

| Fill in this information to identify the case: |
| --- |
| Debtor name                        CNC Puma Corporation |
| United States Bankruptcy Court for the: |
|                   Central District of California |
| Case number (if known): _____ |

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |
| 3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $732,429.23 | |

Debtor    CNC Puma Corporation
_____    Case number *(if known)* _____
          Name

| Part 1: Additional Page | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**

BSD Capital, LLC, dba Lendistry Corporation

**Creditor's mailing address**

330 E Lambert Rd Ste 275

Brea, CA 92821-4136

**Creditor's email address, if known**

Date debt was incurred _____4/2018_____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**For Asset: Food and Paper/Plastic Materials**

1) BSD Capital, LLC, dba Lendistry Corporation

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: Beer and Liquor**

1) BSD Capital, LLC, dba Lendistry Corporation

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: Cash**

1) BSD Capital, LLC, dba Lendistry Corporation

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**Describe debtor's property that is subject to a lien**

Food and Paper/Plastic Materials

Beer and Liquor

Cash

Wells Fargo

Wells Fargo

*See continuation page.*

**Describe the lien**

UCC Statement against substantially all of Debtor's assets.

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $205,220.00

Column B: $225,128.11

Debtor ___CNC Puma Corporation_____  Case number *(if known)* _____
                Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset: Wells Fargo**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: Wells Fargo**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: Wells Fargo**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: BBVA**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: Restaurant and Office Equipment/Furniture**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

Debtor    CNC Puma Corporation
_____
Name

Case number *(if known)* _____

| Part 1: Additional Page | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: www.thebankoldtown.com**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association


**For Asset: Goodwill**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**For Asset: Zip Third Investments, LLC**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association


**For Asset: Pending Credit Card Charges**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association


**For Asset: Loan to Wood N Apples (defunct)**

**1) BSD Capital, LLC, dba Lendistry Corporation**

2) PayPal

3) California Dept. of Tax and Fee Admin.

4) Strategic Funding Source, Inc., dba Kapitus

5) U.S. Small Business Association

**Remarks:** Business Loan, UCC Statement filed 4/17/2018, File Number 197726112612

Debtor     CNC Puma Corporation
_____      Case number *(if known)* _____
           Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

**2.2** Creditor's name

California Dept. of Tax and Fee Admin.

**Creditor's mailing address**

Po Box 942879

Sacramento, CA 94279-0001

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account
number            __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Cash**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

**For Asset:**
**BBVA**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

**Describe debtor's property that is subject to a lien**

Cash

Wells Fargo

Wells Fargo

Wells Fargo

BBVA

*See continuation page.*

**Describe the lien**

Tax lien against substantially all of the Debtor's assets.

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $16,630.87

Column B: $225,128.11

| Debtor | CNC Puma Corporation | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Restaurant and Office Equipment/Furniture**

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) PayPal

2) Strategic Funding Source, Inc., dba Kapitus

3) U.S. Small Business Association

**4) California Dept. of Tax and Fee Admin.**

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Zip Third Investments, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Pending Credit Card Charges**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Food and Paper/Plastic Materials**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Beer and Liquor**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Restaurant and Office Equipment/Furniture**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

Debtor    CNC Puma Corporation
          _____        Case number *(if known)* _____
          Name

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**www.thebankoldtown.com**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Goodwill**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Loan to Wood N Apples (defunct)**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Remarks:** Sales Tax, Notice of Tax Lien filed 8/28/2019, File Number 197730168668

---

| 2.3 | Creditor's name | Describe debtor's property that is subject to a lien | $71,860.18 | unknown |
|---|---|---|---|---|

**2.3**

**Creditor's name**
PayPal
_____

**Creditor's mailing address**
2211 N 1st St
_____
San Jose, CA 95131-2021
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** ___08/2019___

**Last 4 digits of account number** __4_ _8_ _1_ _0__

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Remarks:** Business Loan

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Financing Statement against substantially all of Debtor's assets
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    CNC Puma Corporation _____    Case number *(if known)* _____
          Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

**2.4** Creditor's name

PayPal
_____

Creditor's mailing address

2211 N 1st St
_____

San Jose, CA 95131-2021
_____

Creditor's email address, if known

_____

Date debt was incurred _____ 08/2019

Last 4 digits of account
number          4   8   1   0

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Have you already specified the relative priority?

  **For Asset:**
  **Restaurant and Office Equipment/Furniture**

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines _____ 2.2

  **For Asset:**
  **Food and Paper/Plastic Materials**

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines _____ 2.1

  **For Asset:**
  **Beer and Liquor**

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines _____ 2.1

  **For Asset:**
  **Cash**

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines _____ 2.1

Describe debtor's property that is subject to a lien

Restaurant and Office Equipment/Furniture

Food and Paper/Plastic Materials

Beer and Liquor

Cash

Wells Fargo

*See continuation page.*

**Describe the lien**
UCC Statement against substantially all of Debtor's assets.
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $71,860.18

Column B: $225,128.11

| Debtor | CNC Puma Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**BBVA**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**www.thebankoldtown.com**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Goodwill**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Zip Third Investments, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

Debtor  CNC Puma Corporation
        Name

Case number (if known) _____

| Part 1: Additional Page | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Pending Credit Card Charges**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Restaurant and Office Equipment/Furniture**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Loan to Wood N Apples (defunct)**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**Remarks:** Business Loan, UCC Statement filed 8/1/2019, File Number 197726112612

Debtor    CNC Puma Corporation                        Case number *(if known)* _____

       Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1: Additional Page** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $216,858.00     $225,128.11 |
| Strategic Funding Source, Inc., dba Kapitus | Restaurant and Office Equipment/Furniture | |

**Creditor's mailing address**

1501 Broadway Ste 1515

New York, NY 10036-5505

Restaurant and Office Equipment/Furniture

Cash

Wells Fargo

Wells Fargo

Wells Fargo

*See continuation page.*

**Creditor's email address, if known**

_____

**Date debt was incurred** _____ 11/2019

**Describe the lien**
UCC Statement against substantially all of Debtor's assets.

**Last 4 digits of account number** — — — —

**Is the creditor an insider or related party?**
☑No
☐Yes.

**Do multiple creditors have an interest in the same property?**
☐No.

**Is anyone else liable on this claim?**
☐No
☑Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☑Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐Contingent
☐Unliquidated
☑Disputed

**For Asset:**
**Restaurant and Office Equipment/Furniture**
☐No. Specify each creditor, including this creditor, and its relative priority.
☑Yes. The relative priority of creditors is specified on lines _____ 2.2

**For Asset:**
**Cash**
☐No. Specify each creditor, including this creditor, and its relative priority.
☑Yes. The relative priority of creditors is specified on lines _____ 2.1

**For Asset:**
**Wells Fargo**
☐No. Specify each creditor, including this creditor, and its relative priority.
☑Yes. The relative priority of creditors is specified on lines _____ 2.1

**For Asset:**
**Wells Fargo**
☐No. Specify each creditor, including this creditor, and its relative priority.
☑Yes. The relative priority of creditors is specified on lines _____ 2.1

Debtor    CNC Puma Corporation
     Name

Case number *(if known)*

---

**Part 1:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**BBVA**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Zip Third Investments, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Pending Credit Card Charges**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Food and Paper/Plastic Materials**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Beer and Liquor**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Restaurant and Office Equipment/Furniture**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

| Debtor | CNC Puma Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1:** Additional Page | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**www.thebankoldtown.com**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Goodwill**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Loan to Wood N Apples (defunct)**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Remarks:** Business Loan, UCC Statement filed 11/1/2019, File Number 197744543468

| Debtor | CNC Puma Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: Additional Page | | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6** Creditor's name

U.S. Small Business Association

Creditor's mailing address

10737 Gateway Blvd W Ste 300

El Paso, TX 79935-4910

Creditor's email address, if known

_____

Date debt was incurred _____ 05/2020 _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Have you already specified the relative priority?

For Asset:
**Restaurant and Office Equipment/Furniture**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.2 _____

For Asset:
**Cash**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

For Asset:
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

For Asset:
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

Describe debtor's property that is subject to a lien

Restaurant and Office Equipment/Furniture

Cash

Wells Fargo

Wells Fargo

Wells Fargo

*See continuation page.*

Describe the lien
UCC Statement against substantially all of Debtor's assets.

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $150,000.00

Column B: $225,128.11

Debtor   CNC Puma Corporation

Name                                                             Case number *(if known)*

| Part 1: Additional Page | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**Wells Fargo**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**BBVA**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Zip Third Investments, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Pending Credit Card Charges**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Food and Paper/Plastic Materials**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Beer and Liquor**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Restaurant and Office Equipment/Furniture**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

Debtor    CNC Puma Corporation
_____    Case number *(if known)* _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**www.thebankoldtown.com**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Goodwill**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**For Asset:**
**Loan to Wood N Apples (defunct)**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ____2.1____

**Remarks:** Covid-19 Economic Injury Disaster Loan, UCC Statement filed 6/27/2020, File Number 207795114591

| Debtor | CNC Puma Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Swift Financial<br>3505 Silverside Rd Ste 200<br>Wilmington, DE 19810-4905 | Line ___2.3___ | ___ ___ ___ ___ |
| Swift Financial<br>3505 Silverside Rd Ste 200<br>Wilmington, DE 19810-4905 | Line ___2.4___ | ___ ___ ___ ___ |
| The Nguyen Law Firm<br>Nhon H. Nguyen<br>2201 Libbie Ave<br>Richmond, VA 23230-2364 | Line ___2.5___ | ___ ___ ___ ___ |

Debtor  CNC Puma Corporation
        Name                                                    Case number *(if known)*

## Part 1: Additional Page

2.

| 2.1 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | BSD Capital, LLC, dba Lendistry Corporation | Wells Fargo |
| | | BBVA |
| | | Restaurant and Office Equipment/Furniture |
| | | www.thebankoldtown.com |
| | | Goodwill |
| | | Zip Third Investments, LLC |
| | | Pending Credit Card Charges |
| | | Loan to Wood N Apples (defunct) |

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | California Dept. of Tax and Fee Admin. | Restaurant and Office Equipment/Furniture |
| | | Zip Third Investments, LLC |
| | | Pending Credit Card Charges |
| | | Food and Paper/Plastic Materials |
| | | Beer and Liquor |
| | | Restaurant and Office Equipment/Furniture |
| | | www.thebankoldtown.com |
| | | Goodwill |
| | | Loan to Wood N Apples (defunct) |

| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | PayPal | |

| 2.4 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | PayPal | Wells Fargo |
| | | Wells Fargo |
| | | BBVA |
| | | www.thebankoldtown.com |
| | | Goodwill |
| | | Zip Third Investments, LLC |
| | | Pending Credit Card Charges |
| | | Restaurant and Office Equipment/Furniture |
| | | Loan to Wood N Apples (defunct) |

| 2.5 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Strategic Funding Source, Inc., dba Kapitus | BBVA |
| | | Zip Third Investments, LLC |
| | | Pending Credit Card Charges |
| | | Food and Paper/Plastic Materials |

| Debtor | CNC Puma Corporation | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

| | | Beer and Liquor |
|---|---|---|
| | | Restaurant and Office Equipment/Furniture |
| | | www.thebankoldtown.com |
| | | Goodwill |
| | | Loan to Wood N Apples (defunct) |
| **2.6** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| | U.S. Small Business Association | BBVA |
| | | |
| | | Zip Third Investments, LLC |
| | | Pending Credit Card Charges |
| | | Food and Paper/Plastic Materials |
| | | Beer and Liquor |
| | | Restaurant and Office Equipment/Furniture |
| | | www.thebankoldtown.com |
| | | Goodwill |
| | | Loan to Wood N Apples (defunct) |

| Fill in this information to identify the case: |
|---|
| Debtor name                    CNC Puma Corporation |
| United States Bankruptcy Court for the:
Central District of California |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address
California Dept. of Tax and Fee Admin.
Po Box 942879
Sacramento, CA 94279-0001
Date or dates debt was incurred
2018-2019
Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the Claim:**
Unpaid Sales Tax
**Is the claim subject to offset?**
☑ No
☐ Yes | | $46,394.33 | $46,394.33 |
| **2.2** | Priority creditor's name and mailing address
_____
_____
_____
Date or dates debt was incurred
_____
Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
_____
**Is the claim subject to offset?**
☐ No
☐ Yes | | _____ | _____ |

| Debtor | CNC Puma Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,469.29 |
|---|---|---|
| American Express | *Check all that apply.* | |
| | ☐ Contingent | |
| Po Box 981537 | ☐ Unliquidated | |
| | ☐ Disputed | |
| El Paso, TX 79998 | Basis for the claim:  Credit Card | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number  2 0 0 5 | ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,964.38 |
|---|---|---|
| American Express | *Check all that apply.* | |
| | ☐ Contingent | |
| Po Box 981537 | ☐ Unliquidated | |
| | ☐ Disputed | |
| El Paso, TX 79998 | Basis for the claim:  Credit Card | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number  3 0 0 5 | ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.00 |
|---|---|---|
| Bank of America | *Check all that apply.* | |
| | ☐ Contingent | |
| Po Box 15019 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Wilmington, DE 19886-5019 | Basis for the claim:  Credit Card | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred _____ | ☑ No | |
| Last 4 digits of account number __ __ __ __ | ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $172,832.00 |
|---|---|---|
| BBVA USA | *Check all that apply.* | |
| | ☐ Contingent | |
| Po Box 10184 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Birmingham, AL 35202 | SBA Paycheck Protection | |
| | Basis for the claim:  Program Loan | |
| Date or dates debt was incurred  05/2020 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Last 4 digits of account number  9 2 1 8 | ☐ Yes | |
| **Remarks:** Loan is pending forgiveness under Coronavirus Aid, Relief and Economic Security (CARES) Act. | | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,061.00 |
|---|---|---|
| CalPrivate Bank | *Check all that apply.* | |
| | ☐ Contingent | |
| 9404 Genesee Avenue Ste 100 | ☐ Unliquidated | |
| | ☐ Disputed | |
| La Jolla, CA 92037 | Guaranty of Business | |
| | Loan for Wood'n Apples, | |
| Date or dates debt was incurred _____ | Basis for the claim:  LLC | |
| | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

| Debtor | CNC Puma Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

**3.6** | **Nonpriority creditor's name and mailing address**
Chase

Po Box 15123

Wilmington, DE 19850-5123

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $14,697.50
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
Cintas Corporation

Po Box 625737

Cincinnati, OH 45262-5737

Date or dates debt was incurred    2019

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $3,666.28
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Janitorial Supplies

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Elan Financial Svc

Po Box 108

Saint Louis, MO 63166-0108

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $20,721.15
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Globe Propane Inc.

5843 N Paramount Blvd

Long Beach, CA 90805-3775

Date or dates debt was incurred    2019-2020

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $1,200.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Propane Service

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
JFC International Inc.

7101 E Slauson Ave

Commerce, CA 90040-3622

Date or dates debt was incurred    2019

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**     $876.08
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    __CNC Puma Corporation_____    Case number *(if known)* _____
           Name

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.11** Nonpriority creditor's name and mailing address
Mikulvich, Jerome

40157 Balboa Dr

Temecula, CA 92591-7512

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Website Services__

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.12** Nonpriority creditor's name and mailing address
Pacific Western Bank

27541 Ynez Road

Riverside, CA 92501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Overdrawn Bank Account__

Is the claim subject to offset?
☑ No
☐ Yes

$7,176.00

---

**3.13** Nonpriority creditor's name and mailing address
Robert Renzoni

37350 De Portola Rd

Temecula, CA 92592

Date or dates debt was incurred    2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Loan__

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.14** Nonpriority creditor's name and mailing address
U.S. Bank, N.A.

Po Box 108

Saint Louis, MO 63166-0108

Date or dates debt was incurred    2016

Last 4 digits of account number    2  2  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset?
☑ No
☐ Yes

$1,784.00

---

**3.15** Nonpriority creditor's name and mailing address
Wells Fargo, N.A.

Po Box 77033

Minneapolis, MN 55480

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset?
☑ No
☐ Yes

$1,088.47

---

Debtor    **CNC Puma Corporation**                                                          Case number *(if known)* _____
         Name

## Part 2: Additional Page

| | |
|---|---|
| **3.16** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**   $25,861.30 |

**Youngs Market Company, LLC**

**14402 Franklin Ave**

**Tustin, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Inventory Costs**

Date or dates debt was incurred        2019-2020

Last 4 digits of account number        ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     __CNC Puma Corporation__                                       Case number *(if known)* _____
        Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355-0701** | Line __3.1__ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.2 | **Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355-0701** | Line __3.2__ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |

Debtor    __CNC Puma Corporation__                                          Case number *(if known)* _____
          Name

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $46,394.33 |
| 5b. **Total claims from Part 2** | 5b. **+** | $356,058.45 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $402,452.78 |

**Fill in this information to identify the case:**

Debtor name _____CNC Puma Corporation_____

United States Bankruptcy Court for the:
_____Central District of California_____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Location of Restaurant - 28645 Old Town Front Street Temecula, CA 92590 | Zip Third Investments, LLC |
| | State the term remaining | Contract to be ASSUMED | 3055 Wilshire Blvd #1010 |
| | List the contract number of any government contract | | Los Angeles, CA 90010 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2019 Lexus NX300 | Lexus Financial |
| | State the term remaining | | Po Box 15012 |
| | List the contract number of any government contract | | Chandler, AZ 85244-5012 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ CNC Puma Corporation _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Puma, Christy | 36330 Tahoe St <br> Street <br><br> Winchester, CA 92596-9298 <br> City          State     ZIP Code | Strategic Funding Source, Inc., dba Kapitus | ☑ D <br> ☐ E/F <br> ☐ G |
| | | BSD Capital, LLC, dba Lendistry Corporation | ☑ D <br> ☐ E/F <br> ☐ G |
| | | PayPal | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Puma, Craig | Po Box 36 <br> Street <br><br> Lukeville, AZ 85341-0036 <br> City          State     ZIP Code | Strategic Funding Source, Inc., dba Kapitus | ☑ D <br> ☐ E/F <br> ☐ G |
| | | BSD Capital, LLC, dba Lendistry Corporation | ☑ D <br> ☐ E/F <br> ☐ G |
| | | PayPal | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | | |

| Debtor | CNC Puma Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.4 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |
| 2.5 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |
| 2.6 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |

Fill in this information to identify the case:

Debtor name _____ CNC Puma Corporation _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/19/2020
             MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Ryan Parent
Printed name

Chief Financial Officer/Secretary
Position or relationship to debtor

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Law Offices of J. Luke Hendrix<br>28693 Old Town Front St Suite 400-D<br>Temecula, CA 92590<br>Phone: (951) 221-3721<br><br>J. Luke Hendrix<br>Bar Number: 271424<br>28693 Old Town Front St Suite 400-D<br>Temecula, CA 92590<br>Phone: (951) 221-3721<br>Email: luke@jlhlawoffices.com<br><br>☐　*Debtor(s) appearing without an attorney*<br>☑　*Attorney for Debtor(s)* | |

**United States Bankruptcy Court**
**Central District of California - Riverside Division**

| In re:<br>CNC Puma Corporation | CASE NO.:<br><br>CHAPTER:  Chapter 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___4___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _11/19/2020_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   **F 1007-1.MAILING.LIST.VERIFICATION**

**American Express**
Po Box 981537
El Paso, TX 79998

**Bank of America**
Po Box 15019
Wilmington, DE 19886-5019

**BBVA USA**
Po Box 10184
Birmingham, AL 35202

**Becket and Lee LLP**
Po Box 3001
Malvern, PA 19355-0701

**BSD Capital, LLC, dba
Lendistry Corporation**
330 E Lambert Rd Ste 275
Brea, CA 92821-4136

**California Dept. of Tax and
Fee Admin.**
Po Box 942879
Sacramento, CA 94279-0001

**CalPrivate Bank**
9404 Genesee Avenue Ste 100
La Jolla, CA 92037

**Chase**
Po Box 15123
Wilmington, DE 19850-5123

**Cintas Corporation**
Po Box 625737
Cincinnati, OH 45262-5737

**Elan Financial Svc**
Po Box 108
Saint Louis, MO 63166-0108

**Globe Propane Inc.**
5843 N Paramount Blvd
Long Beach, CA 90805-3775

**JFC International Inc.**
7101 E Slauson Ave
Commerce, CA 90040-3622

**Lexus Financial**
Po Box 15012
Chandler, AZ 85244-5012

**Jerome Mikulvich**
40157 Balboa Dr
Temecula, CA 92591-7512

**Pacific Western Bank**
27541 Ynez Road
Riverside, CA 92501

**PayPal**
2211 N 1st St
San Jose, CA 95131-2021

**Christy Puma**
36330 Tahoe St
Winchester, CA 92596-9298


**Craig Puma**
Po Box 36
Lukeville, AZ 85341-0036


**Robert Renzoni**
37350 De Portola Rd
Temecula, CA 92592


**Strategic Funding Source,
Inc., dba Kapitus**
1501 Broadway Ste 1515
New York, NY 10036-5505


**Swift Financial**
3505 Silverside Rd Ste 200
Wilmington, DE 19810-4905


**The Nguyen Law Firm**
Nhon H. Nguyen
2201 Libbie Ave
Richmond, VA 23230-2364


**U.S. Bank, N.A.**
Po Box 108
Saint Louis, MO 63166-0108


**U.S. Small Business
Association**
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910

**Wells Fargo, N.A.**
Po Box 77033
Minneapolis, MN 55480


**Youngs Market Company, LLC**
14402 Franklin Ave
Tustin, CA 92780


**Zip Third Investments, LLC**
3055 Wilshire Blvd #1010
Los Angeles, CA 90010

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Central District of California

**In re**

CNC Puma Corporation

**Debtor(s)**

Case No. _____

Chapter _____ **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .      $13,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .      $5,650.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      $7,350.00

2. The source of the compensation to be paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Adversary proceeding; appeal proceeding; and representation in any conversion of the case to another Chapter under the Bankruptcy Code.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_11 /19 /2020_
Date

_[signature]_
Signature of Attorney

J. Luke Hendrix
Bar Number: 271424
Law Offices of J. Luke Hendrix
28693 Old Town Front St Suite 400-D
Temecula, CA 92590
Phone: (951) 221-3721

Law Offices of J. Luke Hendrix
*Name of law firm*